AZ Quick Serve
9393 N 90th St Suite 121
Scottsdale, AZ 85258
480-314-5050

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

Theresa Garner

Plaintiff(s)/Petitioner(s),

VS.

Penny Pritzker, et.al,

Defendant(s)/Respondent(s).

Case Number: 12-CV-00533-PHX-DGC

**CERTIFICATE OF PROCESS**

CV-16-533-PHX-DGC

The undersigned certifies that I am fully qualified under ARCP 4(e) to serve process within the state of Arizona, and executed service in the manner described below:

Documents Served: Motion for Injunctive relief,

Service Upon: John Leonardo

Date of Service: Tue, May 24 2016                    Time of Service: 12:07 PM

Address of Service: 40 N Central Ave , Phoenix , AZ 85004

Manner of Service:

☐ By Serving                    In person.
☐ Substitute, by serving                    , a person of suitable aged and discretion who resides with at the address of service.
☒ By personally serving Bettina Cantor who holds the position of Administrative Assistant
☐ Other Service, As Detailed Below.
☐ Non-Service for the Reasons Detailed Below.

I certify under perjury that the foregoing is true and correct.

Declarant: Chona Fe Young
Registered in Maricopa County 7974

Executed on 5, 24 2016.

| Service | $ 60.00 |
|---------|---------|
| Mileage | $ — |
| Locate | $ — |
| Other | $ — |
| Total | $ 60.00 |